**Order entered October 15, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-13-00997-CR**
**No. 05-13-00998-CR**

**CODY BRIGHT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-23970-T, F12-23977-T**

## ORDER

The reporter's record has been filed in these appeals, but the clerk's records have not been filed. Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's records in these appeals within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and counsel for all parties.

/s/     DAVID EVANS
         JUSTICE